# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3106

_____

Antoine Echols, Sr.,

        Appellant,

   v.

J. Hayes, Deputy Sheriff; St. Louis
Sheriff's Department; Martie J.
Aboussie, Director of St. Louis
City Jail; John Doe, 1-101, St. Louis
City Jail; John Doe, 1-101, St. Louis
City Sheriff; Scott Wagger, St. Louis
City Police Officer; Samuel Zouglas,
St. Louis City Police Officer; John
Doe, 1-101, St. Louis City Police
Department,

        Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the Eastern
District of Missouri.

[UNPUBLISHED]

_____

Submitted: December 20, 2001

Filed: December 27, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Inmate Antoine Echols, Sr., appeals the district court's[*] dismissal of Echols's action asserting 42 U.S.C. § 1983 and state law claims, and the denial of his motions for reconsideration. Having carefully reviewed the record, we conclude dismissal was proper because Echols's claims were barred by the applicable statutes of limitations. See Mo. Rev. Stat. §§ 516.120(4), 516.130(2) (2000); Chandler v. Presiding Judge, Callaway County, 838 F.2d 977, 978-79 (8th Cir. 1988). We find no abuse of discretion in the district court's denial of the motions for reconsideration. Accordingly, we affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.